In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-470 CR


____________________



DARLA LYNNETTE RAMAGE, Appellant



V.



THE STATE OF TEXAS, Appellee


 




On Appeal from the County Court at Law No. 4


Montgomery County, Texas


Trial Cause No. 07-231728 






MEMORANDUM OPINION



 We have before the Court a request from the appellant, Darla Lynnette Ramage, to
dismiss her appeal. See Tex. R. App. P. 42.2. A motion to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
We grant the motion and dismiss the appeal.

 APPEAL DISMISSED.

 _____________________________

 STEVE McKEITHEN

 Chief Justice 

Opinion Delivered December 17, 2008

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.